### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE A. NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. SACV 12-728-JSL (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: Nov. 1, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Spencer Letts
　　　　　　　　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge