UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE A. NGUYEN,<br><br>             Plaintiff,<br><br>       vs.<br><br>Carolyn W. Colvin, Commissioner of Social Security,<br><br>             Defendant. | CASE NO. SACV 12-728-JSL (AGR)<br><br>JUDGMENT |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: Nov. 1, 2013

_____
J. SPENCER LETTS
United States District Judge